# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

**Debtor:** SANTA FE GOLD CORPORATION
**Case Number:** 15-11761-MFW    **Chapter:** 11
**Date / Time / Room:** THURSDAY, AUGUST 27, 2015 01:30 PM   CRT#4, 5TH FL.
**Bankruptcy Judge:** MARY F. WALRATH
**Courtroom Clerk:** LAURIE CAPP
**Reporter / ECR:** BRANDON MCCARTHY

### Matter:

First Day Motions
**R / M #:** 13 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Agenda Matters:
- Item 1 - Voluntary Petitions
- Item 2 - Declaration in Support
- Item 3 - Order entered
- Item 4 - Order entered
- Item 5 - Order entered
- Item 6 - Order entered
- Item 7 - Order entered
- Item 8 - Order entered
- Item 9 - Order entered