IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
: 
In re : Chapter 11
 :
SANTA FE GOLD CORPORATION, *et al.*, : Case No. 15-11761 (MFW)
 :
Debtors.[1] : Jointly Administered
 :
 : Hearing Date: September 24, 2015, at 11:30 a.m. (ET)
 : Obj. Deadline: September 17, 2015, at 4:00 p.m. (ET)
 :
 : Ref. Docket Nos. 6 & 27
 :
---------------------------------------------------------x

## NOTICE OF ENTRY OF INTERIM UTILITIES ORDER AND FINAL HEARING

**PLEASE TAKE NOTICE** that, on August 26, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services on Account of Pre-Petition Invoices; (II) Deeming Utilities Adequately Assured of Future Performance; and (III) Establishing Procedures for Determining Adequate Assurance of Payment* [Docket No. 6] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, on August 27, 2015, the United States Bankruptcy Court for the District of Delaware entered an order [Docket No. 27] (the "Interim Order") granting, on an interim basis, the Motion. **Copies of the Motion and Interim Order are being served concurrently herewith.**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the Motion is scheduled for **September 24, 2015, at 11:30 a.m. (ET)** before the Honorable Mary F. Walrath, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Court granting the relief requested in the Motion on a final basis must be filed on or before **September 17, 2015, at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the proposed undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Santa Fe Gold Corporation (4315); Azco Mica, Inc. (8577); The Lordsburg Mining Company (4474); and Santa Fe Gold (Barbados) Corporation (N/A). The Debtors' mailing address is 1219 Banner Mine Road, Lordsburg, New Mexico 88045.

01:17613013.2

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: August 28, 2015<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ian J. Bambrick*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Kenneth J. Enos (No. 4544)<br>Ian J. Bambrick (No. 5455)<br>1000 N. King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

01:17613013.2