IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re : Chapter 11
:
SANTA FE GOLD CORPORATION, *et al.*, : Case No. 15-11761 (MFW)
:
Debtors.[1] : Jointly Administered
:
: Hearing Date: September 24, 2015, at 11:30 a.m. (ET)
: Obj. Deadline: September 17, 2015, at 4:00 p.m. (ET)
:
: Ref. Docket Nos. 9 & 30
:
---------------------------------------------------------x

NOTICE OF ENTRY OF INTERIM DEBTOR IN POSSESSION
FINANCING ORDER AND FINAL HEARING

**PLEASE TAKE NOTICE** that, on August 26, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens, including Priming Liens, and Superpriority Claims, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 9] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, on August 27, 2015, the United States Bankruptcy Court for the District of Delaware entered an order [Docket No. 30] (the "Interim Order") granting, on an interim basis, the Motion. **Copies of the Motion and Interim Order are being served concurrently herewith.**

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the Motion is scheduled for **September 24, 2015, at 11:30 a.m. (ET)** before the Honorable Mary F. Walrath, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Court granting the relief requested in the Motion on a final basis must be filed on or before **September 17, 2015, at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the following parties so as to be received on or before the Objection Deadline: (a) proposed counsel to the Debtors, Young

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Santa Fe Gold Corporation (4315); Azco Mica, Inc. (8577); The Lordsburg Mining Company (4474); and Santa Fe Gold (Barbados) Corporation (N/A). The Debtors' mailing address is 1219 Banner Mine Road, Lordsburg, New Mexico 88045.

01:17612876.2

Conaway Stargatt & Taylor, LLP, 1000 N. King Street, Rodney Square, Wilmington, Delaware 19801 (attn.: Kenneth J. Enos and Ian J. Bambrick); (b) counsel to the DIP Lender and the Senior Pre-Petition Lender, Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603 (Attn: Jessica C.K. Boelter and Matthew G. Martinez), and Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins and Marisa A. Terranova); and (c) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn:  Natalie M. Cox).

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: August 28, 2015
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ian J. Bambrick*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Ian J. Bambrick (No. 5455)
1000 N. King Street
Rodney Square
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Proposed Counsel to the Debtors and Debtors in Possession*

01:17612876.2