**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Santa Fe Gold Corporation, et al. | : | Case No. 15-11761 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **International Goldfields Limited,** Attn: David Raymond Tasker, 1 Havelock Street Ground Floor, West Perth, Australia 6005, Phone: +61 89488 5220, Fax: +64 89324 2400; Email: david.tasker@ppr.com.au

2. **Tyhee Gold Corp.,** Attn: Brian Briggs, P.O. Box 547, Ridgeway, Colorado, Phone: 970-626-4222

3. **Rocky Mountain Transportation, Inc.**, Attn: Gerald Baca, P.O. Box 1099, Deming, NM 88031, Phone: 575-546-1084, Fax: 575-546-2973


                                            ANDREW R. VARA
                                            Acting United States Trustee, Region 3


                                            /s/ Natalie M. Cox for
                                            T. PATRICK TINKER
                                            ASSISTANT UNITED STATES TRUSTEE

DATED: September 11, 2015

Attorney assigned to this Case: Natalie M. Cox, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Kenneth J. Enos, Esq., Phone: (302) 571-6600, Fax: (302) 571-1253