IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
                                                      :
In re                                                 :   Chapter 11
                                                      :
SANTA FE GOLD CORPORATION, et al.,                    :   Case No. 15-11761 (MFW)
                                                      :
                    Debtors.¹                         :   Jointly Administered
                                                      :
------------------------------------------------------x
```

NOTICE OF RESCHEDULED OMNIBUS HEARING DATE

PLEASE TAKE NOTICE that the omnibus hearing (the "Hearing") originally scheduled to be held in the above-captioned cases on September 24, 2015, at 11:30 a.m. (ET) has been rescheduled to **October 2, 2015, at 2:00 p.m. (ET)**. All matters previously scheduled for the Hearing will now be heard at that time.

Dated: September 16, 2015        YOUNG CONAWAY STARGATT & TAYLOR, LLP
       Wilmington, Delaware
                                 */s/ Ian J. Bambrick*
                                 Robert S. Brady (No. 2847)
                                 Edmon L. Morton (No. 3856)
                                 Kenneth J. Enos (No. 4544)
                                 Ian J. Bambrick (No. 5455)
                                 1000 N. King Street
                                 Rodney Square
                                 Wilmington, Delaware 19801
                                 Telephone: (302) 571-6600
                                 Facsimile: (302) 571-1253

                                 *Proposed Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Santa Fe Gold Corporation (4315); Azco Mica, Inc. (8577); The Lordsburg Mining Company (4474); and Santa Fe Gold (Barbados) Corporation (N/A). The Debtors' mailing address is 1219 Banner Mine Road, Lordsburg, New Mexico 88045.

01:17688479.1