IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SANTA FE GOLD CORPORATION, et al.,[1] | Case No. 15-11761 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 9 and 30 |

**AMENDMENT TO INTERIM ORDER (I) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING, (II) AUTHORIZING THE USE OF CASH COLLATERAL, (III) GRANTING LIENS, INCLUDING PRIMING LIENS, AND SUPERPRIORITY CLAIMS, (IV) GRANTING ADEQUATE PROTECTION, (V) SCHEDULING A FINAL HEARING, AND (VI) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, seeking entry of interim and final orders authorizing the Debtors to, among other things: (i) obtain postpetition financing, (ii) grant liens and superpriority claims to the DIP Lender, (iii) use Cash Collateral, and (iv) provide adequate protection to the Senior Pre-Petition Lender and the Second Lien Pre-Petition Lender; and the Court having previously entered its Interim Order with respect to the relief requested in the Motion (the "Interim Order") [Docket No. 30]; and the Debtors and the DIP Lender having agreed to amend the Interim Order and DIP Credit Agreement as set forth more fully herein; it is hereby ORDERED and DECREED that:

1. The Interim Amount under the DIP Facility as set forth in the Interim Order shall now be defined as $441,547, plus the Initial Roll Up Amount and the Structuring Fee.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Santa Fe Gold Corporation (4315); Azco Mica, Inc. (8577); The Lordsburg Mining Company (4474); and Santa Fe Gold (Barbados) Corporation (N/A). The Debtors' mailing address is 1219 Banner Mine Road, Lordsburg, New Mexico 88045.

[2] All terms not otherwise defined herein shall be given the meanings ascribed to them in the Motion.

01:17826846.1

2.  The DIP Credit Agreement shall be deemed to be amended automatically pursuant to this Order and without the necessity of the Borrower and DIP Lender to take any additional action.

3.  Nothing contained herein, including the lack of objection to entry of this Order by the Official Committee of Unsecured Creditors appointed in these cases (the "Committee"), which is solely due to the exigent circumstances the Debtors have represented exist, shall be deemed to constitute consent by the Committee to the Motion, the entry of the Interim Order, the entry of this Amendment to the Interim Order, or any final order in connection therewith, and all of the Committee's rights in connection therewith are expressly preserved.

4.  Except as otherwise provided herein, all provisions of the Interim Order and DIP Loan Documents shall remain in full force and effect.

Dated: October 14, 2015
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

01:17826846.1

2