## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 11
                                                           :
SANTA FE GOLD CORPORATION, et al.,                         :   Case No. 15-11761 (MFW)
                                                           :
            Debtors.[1]                                    :   Jointly Administered
                                                           :
                                                           :   Ref. Docket Nos. 75 & 109
                                                           :
-----------------------------------------------------------x
```

### NOTICE OF FILING OF (I) REVISED BIDDING PROCEDURES ORDER AND (II) SCHEDULE REFLECTING OBJECTIONS WITH RESPECT THERETO

**PLEASE TAKE NOTICE** that, on September 25, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion for Entry of: (A) an Order (I) Authorizing Debtors' Entry into the Stalking Horse Purchase Agreement for the Sale of the Debtors' Properties and Related Assets; (II) Approving Bidding Procedures and Expense Reimbursement; (III) Scheduling a Hearing to Consider Approval of the Sale of Assets; (IV) Approving Form and Manner of Notice of the Sale; and (V) Granting Related Relief and (B) an Order (I) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 75] (the "Motion"). In accordance with the notice of the Motion, objections or responses to the entry of the proposed order with respect to the bidding procedures (the "Bidding Procedures Order") were to be filed and served no later than October 9, 2015, at 4:00 p.m. (ET) (the "Objection Deadline").[2]

**PLEASE TAKE FURTHER NOTICE** that, prior to the Objection Deadline, the Debtors received certain informal comments from the Office of the United States Trustee (the "U.S. Trustee") and, on October 12, 2015, the Committee filed an objection to the entry of the Bidding Procedures Order [Docket No. 109] (the "Committee Objection").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have made modifications to the proposed form of Bidding Procedures Order originally attached to the Motion (the "Original Order") in order to address the U.S. Trustee's informal comments in full

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Santa Fe Gold Corporation (4315); Azco Mica, Inc. (8577); The Lordsburg Mining Company (4474); and Santa Fe Gold (Barbados) Corporation (N/A). The Debtors' mailing address is 1219 Banner Mine Road, Lordsburg, New Mexico 88045.

[2] The Objection Deadline was extended for the Official Committee of Unsecured Creditors (the "Committee") to October 12, 2015.

01:17842782.3

and the Committee Objection in part.  Attached hereto as **Exhibit I** is a revised form of the Original Order (the "Revised Order").  The Debtors are confirming that the Revised Order resolves the U.S. Trustee's informal comments.  For the convenience of the Court, and other interested parties, a blackline comparing the Revised Order against the Original Order is attached hereto as **Exhibit II**.

**PLEASE TAKE FURTHER NOTICE** that, in light of the Committee Objection and for the convenience of the Court and parties-in-interest, the Debtors have included the *Schedule Reflecting Objections to the Entry of the Bid Procedures Order* (the "Objection Schedule"), attached hereto as **Exhibit III**.  The Objection Schedule summarizes the subparts of the Committee Objection as well as the comments submitted by U.S. Trustee, the Debtors' responses thereto, and the Debtors' understanding of the status of each objection or comment.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek entry of the Revised Order at the hearing (the "Hearing") currently scheduled for October 20, 2015, at 9:30 a.m. (ET).  The Debtors reserve all rights to modify the Revised Order at or prior to the Hearing.

| | |
|---|---|
| Dated: October 15, 2015<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Kenneth J. Enos (No. 4544)<br>Ian J. Bambrick (No. 5455)<br>1000 N. King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |