IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SANTA FE GOLD CORPORATION, et al.,[1] | Case No. 15-11761 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 75, 141, & 152 |

**AMENDMENT TO ORDER (I) AUTHORIZING DEBTORS'
ENTRY INTO THE STALKING HORSE PURCHASE AGREEMENT
FOR THE SALE OF THE DEBTORS' PROPERTIES AND RELATED ASSETS;
(II) APPROVING BIDDING PROCEDURES AND EXPENSE REIMBURSEMENT;
(III) SCHEDULING A HEARING TO CONSIDER APPROVAL OF THE SALE
OF ASSETS; (IV) APPROVING FORM AND MANNER OF NOTICE
OF SALE; AND (V) GRANTING RELATED RELIEF**

Upon the motion (the "*Motion*") of the above-captioned debtors and debtors in possession (collectively, the "*Debtors*"), pursuant to sections 105(a), 363, 365, 503, and 507 of title 11 of the United States Code, as supplemented by Rules 2002, 6004, 6006, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure, for the entry of orders approving, among other things, the bidding procedures (the "*Bidding Procedures*")[2] with respect to the sale of the Debtors' properties and related assets, which are attached to the *Order (i) Authorizing Debtors' Entry Into the Stalking Horse Purchase Agreement for the Sale of the Debtors' Properties and Related Assets; (ii) Approving Bidding Procedures and Expense Reimbursement; (iii) Scheduling a Hearing to Consider Approval of the Sale of Assets; (iv) Approving Form and Manner Notice of the Sale; and (v) Granting Related Relief* [Docket No. 141] (the "*Bidding Procedures Order*") as Schedule 1; and this Court having previously entered the Bidding Procedures Order; and the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Santa Fe Gold Corporation (4315); Azco Mica, Inc. (8577); The Lordsburg Mining Company (4474); and Santa Fe Gold (Barbados) Corporation (N/A). The Debtors' mailing address is 1219 Banner Mine Road, Lordsburg, New Mexico 88045.

[2] Capitalized terms used herein but not otherwise defined have the meaning given to them in the Bidding Procedures.

01:17878077.1

Debtors having determined that it is in the best interests of the Debtors, their estates, and all parties in interest that the Bidding Procedures Order be amended as set forth herein; it is hereby ORDERED and DECREED that:

1. The Debtors are authorized to publish the Proposed Publication Notice in the form attached hereto as <u>Exhibit I</u>.

2. No later than three (3) business days after entry of this Order, the Debtors will, subject to applicable submission deadlines, publish the Proposed Publication Notice in *The New York Times (National Edition)* and *The Mining Journal*.

3. Except as otherwise provided herein, all provisions of the Bidding Procedures Order shall remain in full force and effect.

Dated: Oct. 27, 2015
Wilmington, Delaware

                                        THE HONORABLE MARY F. WALRATH
                                        UNITED STATES BANKRUPTCY JUDGE