EXHIBIT I

Proposed Publication Notice

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Santa Fe Gold Corp. *et al.*[1] | ) Case No. 15-11761 (MFW) |
| Debtors. | ) Jointly Administered |
| | ) Sale Hearing Date: January 14, 2016 at 11:30 a.m. (ET) |
| | ) Sale Obj. Deadline: January 11, 2016 at 4:00 p.m. (ET) |

## NOTICE OF AUCTION AND SALE HEARING
("*Sale Notice*")

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "*Debtors*") intend to enter into an asset purchase agreement (the "*Stalking Horse Purchase Agreement*") with Waterton Global Value, L.P., or its designee (the "*Stalking Horse Bidder*"), to sell the Debtors' properties and related assets (the "*Acquired Assets*") free and clear of all liens, claims, encumbrances, and other interests to the Stalking Horse Bidder (the "*Sale*"), subject to the submission of higher or better offers in an auction process (the "*Auction*").

**PLEASE TAKE FURTHER NOTICE** that in connection with the proposed Sale, on September 25, 2015, the Debtors filed a motion [Docket No. 75] (the "*Motion*") seeking court orders for the approval and authorization of, among other things, (a) the Sale, (b) bidding procedures in connection with the Sale (the "*Bidding Procedures*"), and (c) procedures related to the assumption and assignment of executory contracts and unexpired leases in connection with the Sale.

**PLEASE TAKE FURTHER NOTICE** that, on October 20, 2015, the United States Bankruptcy Court for the District of Delaware (the "*Court*") entered an order [Docket No. 141] (the "*Bidding Procedures Order*") approving the Bidding Procedures, which establish the key dates and times related to the Sale. All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures. The deadline by which all Qualified Bids must be *actually received* by the parties specified in the Bidding Procedures Order is January 11, 2016, at 5:00 p.m. (prevailing Eastern Time) (the "*Bid Deadline*").

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, Bidding Procedures, and Bidding Procedures Order, as well as all related exhibits including the Stalking Horse Purchase Agreement, are available on the website of the Court-appointed claims and noticing agent for the Debtors' chapter 11 cases, American Legal Claim Services LLC, https://www.americanlegal.com/santafegold or can be requested by phone at (904) 517-1442.

**PLEASE TAKE FURTHER NOTICE** that, if the Debtors receive one or more Qualified Bids (in addition to the Stalking Horse Purchase Agreement), the Debtors will conduct the Auction on January 13, 2016, at 10:00 a.m. (prevailing Eastern Time) at the offices of Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, Delaware 19801, or at such other location as the Debtors may hereafter designate. If no other Qualified Bid is received by the Bid Deadline (other than the Stalking Horse Bid), then the Auction shall not be held, and the Debtors shall promptly seek the Court's approval of the Sale to the Stalking Horse Bidder in accordance with the terms of the Stalking Horse Purchase Agreement.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Santa Fe Gold Corp. (4315); Azco Mica, Inc. (8577); The Lordsburg Mining Company (4474); and Santa Fe Gold (Barbados) Corporation (N/A);. The Debtors' mailing address is 1219 Banner Mine Road, Lordsburg, New Mexico 88045.

**PLEASE TAKE FURTHER NOTICE** that only the Debtors, the Committee, the Stalking Horse Bidder, and any other Qualified Bidders that have timely submitted a Qualified Bid, and their respective representatives, the United States Trustee, and any party in interest that has provided the Debtors with written notice of their intention to attend the Auction on or before the Bid Deadline (such written notice must be sent to counsel for the Debtors via electronic mail, to Kenneth J. Enos, Esq., at kenos@ycst.com) shall be permitted to attend the Auction.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Sale before the Honorable Mary F. Walrath at 824 North Market Street, 5th Floor, Wilmington, Delaware 19801, on January 14, 2016, at 11:30 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, *must*: be filed with the Court and served so as to be *actually received* no later than January 11, 2016, at 4:00 p.m. (prevailing Eastern Time) by the following parties: Counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, Delaware 19801, Attn: Kenneth J. Enos, Esq.; Co-Counsel to the Committee, Squire Patton Boggs (US) LLP, 30 Rockefeller Plaza, 23rd Floor, New York, New York 10112, Attn: Norman N. Kinel, Esq. and Nava Hazan, Esq. and Polsinelli PC, 222 Delaware Ave., Ste. 1101, Wilmington, Delaware 19801, Attn: Christopher A. Ward, Esq.; Co-Counsel to the Stalking Horse Bidder, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603, Attn: Jessica C.K. Boelter, Esq. and Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19801, Attn: Mark D. Collins, Esq.

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY FILE AND SERVE AN OBJECTION TO THE SALE ON OR BEFORE THE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS AFFECTED THEREUNDER.**

Dated: October ___, 2015
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

COUNSEL TO THE DEBTORS