UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELWARE

| | |
|---|---|
| In re: | Case No.: 15-11761 |
| SANTA FE GOLD CORPORATION, et al. | Chapter 11 |
| Debtors.1 | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Jeffrey L. Pirrung, being duly sworn according to law, depose and say that I am a Managing Director at American Legal Claim Services, LLC, claims and noticing agent for the Debtor in the above-captioned case.

On December 23, 2015, under my direction and supervision, the following document was served via First Class Mail upon the service list attached hereto as **Exhibit A**:

- 0243 - MOT Extend Exclusivity Deadline  **[Docket No. 243]**

Dated:  December 28, 2015

_____
Jeffrey L. Pirrung

State of Florida, County of Duval

Subscribed and sworn to before me on this 28th day of December, 2015, by Jeffrey L. Pirrung, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

DEMETRIUS JENKINS
MY COMMISSION #FF171650
EXPIRES October 26, 2018
(407) 398-0153    FloridaNotaryService.com

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Santa Fe Gold Corporation (4315); Azco Mica, Inc. (8577); The Lordsburg Mining Company (4474); and Santa Fe Gold (Barbados) Corporation (N/A). The Debtors' mailing address is 1219 Banner Mine Road, Lordsburg, New Mexico 88045.

**Exhibit A**

Exhibit A

Served Via First Class Mail

| | Creditor Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|---|
| 1 | ALTITUDE MANAGEMENT LTD | Mark D Collins; Marisa A Terranova | ONE RODNEY SQUARE | 920 N KING ST | WILMINGTON | DE | 19801 | |
| 2 | ALTITUDE MANAGEMENT LTD | SIDLEY AUSTIN LLC | GEOFFREY M KING; JESSICA BOELTER; MATTHEW MARTINEZ | ONE S DEARBORN | CHICAGO | IL | 60603 | |
| 3 | DELAWARE DEPT OF JUSTICE | ATTN BANKRUPTCY DEPT | 820 N FRENCH ST 6TH FL | | WILMINGTON | DE | 19801 | |
| 4 | DELAWARE STATE TREASURY | | 820 SILVER LAKE BLVD SUITE 100 | | DOVER | DE | 19904 | |
| 5 | DEPARTMENT OF THE TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| 6 | GRANT COUNTY TREASURER | | PO BOX 89 | | SILVER CITY | NM | 88062 | |
| 7 | HIDALGO COUNTY TREASURER | | 300 SHAKESPEARE ST | | LORDSBURG | NM | 88045 | |
| 8 | INTERNAL REVENUE SERVICE | ATTN INSOLVENCY SECTION | 2970 MARKET STREET | PO BOX 7346 | PHILADELPHIA | PA | 19101-7346 | |
| 9 | INTERNAL REVENUE SERVICE | | 31 HOPKINS PLAZA RM 1150 | | BALTIMORE | MD | 21201 | |
| 10 | INTERNATIONAL GOLDFIELDS LTD | DAVID RAYMOND TASKER | 1 HAVELOCK ST GROUND FL | | WEST PERTH | | 6005 | Australia |
| 11 | OFFICE OF THE UNITED STATES TRUSTEE | NATALIE M COX | 844 KING STREET SUITE 2207 | LOCK BOX 35 | WILMINGTON | DE | 19801 | |
| 12 | OFFICE OF THE US ATTORNEY GENERAL | DEPT OF JUSTICE COMMERCIAL LITIGATION BRANCH | 950 PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20530 | |
| 13 | POLSINELLI PC | Christopher Ward Esq & Shanti Katona Esq | 222 DELAWARE AVE STE 1101 | | WILMINGTON | DE | 19801 | |
| 14 | ROCKY MOUNTAIN TRANSPORTATION INC | GERALD BACA | PO BOX 1099 | | DEMING | NM | 88031 | |
| 15 | SANDSTORM LIMITED | NOLAN WATSON | 400 BURRARD STREET SUITE 1400 | | VANCOUVER | BC | V6C 3A6 | Canada |
| 16 | SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX | 401 FEDERAL STREET | PO BOX 898 | DOVER | DE | 19903 | |
| 17 | SECURITIES & EXCHANGE COMMISSION | CHRISTOPHER COX | 100 F ST NE | | WASHINGTON | DC | 20549 | |
| 18 | SQUIRE PATTON BOGGS LLP | Stephen Lerner Esq | 221 E 4TH ST STE 2900 | | CINCINNATI | OH | 45202 | |
| 19 | SQUIRE PATTON BOGGS LLP | Norman Kinel Esq & Nava Hazan Esq | 30 ROCKERFELLER PLAZA 23RD FL | | NEW YORK | NY | 10112 | |
| 20 | State of New Mexico Energy Minerals & Natural Resources Dept | James C Jacobsen - Office of the NM Atty General | 111 LOMAS BLVD NW STE 300 | | ALBUQUERQUE | NM | 87102-2368 | |
| 21 | TYHEE GOLD CORP | BRIAN BRIGGS | PO BOX 547 | | RIDGWAY | CO | 81432-0547 | |
| 22 | US ATTORNEYS OFFICE | ELLEN W SLIGHTS ASST US ATTORNEY | 1007 ORANGE STREET SUITE 700 | PO BOX 2046 | WILMINGTON | DE | 19899 | |
| 23 | WATERTON GLOBAL VALUE LP | SIDLEY AUSTIN LLC | GEOFFREY M KING; JESSICA BOELTER; MATTHEW MARTINEZ | ONE S DEARBORN | CHICAGO | IL | 60603 | |
| 24 | WATERTON GLOBAL VALUE LP | Mark D Collins; Marisa A Terranova | ONE RODNEY SQUARE | 920 N KING ST | WILMINGTON | DE | 19801 | |
| 25 | WATERTON PRECIOUS METALS FUND II CAYMAN LP | SIDLEY AUSTIN LLC | GEOFFREY M KING; JESSICA BOELTER; MATTHEW MARTINEZ | ONE S DEARBORN | CHICAGO | IL | 60603 | |

In re: SANTA FE GOLD CORPORATION, et al.
Case No.: 15-11761

Page 1

Exhibit A

Served Via First Class Mail

| | Creditor Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|---|
| 26 | WATERTON PRECIOUS METALS FUND II CAYMAN LP | Mark D Collins; Marisa A Terranova | ONE RODNEY SQUARE | 920 N KING ST | WILMINGTON | DE | 19801 | |
| 27 | Yavapai County Arizona | | 1015 FAIR STREET | | PRESCOTT | AZ | 86305-1852 | |

In re: SANTA FE GOLD CORPORATION, et al.
Case No.: 15-11761

Page 2