## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Santa Fe Gold Corp. *et al.*[1] | Case No. 15-11761 (MFW) |
| Debtors. | Jointly Administered |

### NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that a hearing to consider, among other things, the sale (the "***Sale***") of the properties and related assets (the "***Acquired Assets***") of the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") free and clear of all liens, claims, encumbrances, and other interests was previously scheduled for January 14, 2016 at 11:30 a.m. (prevailing Eastern Time) (the "***Sale Hearing***") before the United States Bankruptcy Court for the District of Delaware (the "***Court***").

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing has been rescheduled for **January 25, 2016 at 11:30 a.m. (prevailing Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections to the Sale, if any, *must*: (i) be in writing; (ii) conform to the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the District of Delaware; (iii) state with particularity the legal and factual basis for the objection and the specific grounds therefor; and (iv) be filed with the Court and served so as to be *actually received* no later than January 11, 2016 at 4:00 p.m. (prevailing Eastern Time) by the following parties:

| Counsel to Debtors |
|---|
| Young Conaway Stargatt & Taylor, LLP Rodney Square<br>1000 North King Street<br>Wilmington Delaware 19801<br>Attn: Kenneth J. Enos, Esq. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Santa Fe Gold Corp. (4315); Azo Mica, Inc. (8577); The Lordsburg Mining Company (4474); and Santa Fe Gold (Barbados) Corporation (N/A);. The Debtors' mailing address is 1219 Banner Mine Road, Lordsburg, New Mexico 88045.

| Co-Counsel to the Official Committee of Unsecured Creditors |
|:---:|
| Squire Patton Boggs (US) LLP<br>30 Rockefeller Plaza, 23rd Floor<br>New York, New York 10112<br>Attn: Norman N. Kinel, Esq.<br>Attn: Nava Hazan, Esq.<br><br>-and-<br><br>Polsinelli PC<br>222 Delaware Ave., Ste. 1101<br>Wilmington, Delaware 19801<br>Attn: Christopher A. Ward, Esq. |
| **Co-Counsel to the Stalking Horse Bidder for the Acquired Assets** |
| Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Attn: Jessica C.K. Boelter, Esq.<br><br>- and -<br><br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Attn: Mark D. Collins, Esq. |

**PLEASE TAKE FURTHER NOTICE** that the following matters will now also be heard on January 25, 2016 at 11:30 a.m. (prevailing Eastern Time) before the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at 824 North Market Street, 5th Floor, Wilmington, Delaware 19801:

- Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject the Gold Supply Agreement and (II) Liquidating the Amounts Arising Thereunder [D.I. 44; 9/4/15];

- Waterton Global Value, L.P.'s Motion to Quash and for a Protective Order [D.I. 129; 10/16/15];

- First Interim Fee Application for Compensation of Fees and Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from September 11, 2015 through October 31, 2015 [D.I. 229, 12/15/15];

- First Interim Fee Application of Squire Patton Boggs (US) LLP, Counsel to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from September 11, 2015 through October 31, 2015 [D.I. 230, 12/15/15];

01:18112772.5

- First Interim Fee Application of Gavin/Solmonese LLC, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 23, 2015 through October 31, 2015 [D.I. 231, 12/15/15]; and

- First Interim Quarterly Fee Requests of the Debtors' Professionals [D.I. 232, 12/15/15]

- Debtors' Motion for Entry of an Order Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [D.I. 243, 12/23/15].

Dated: January 6, 2016
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Ian J. Bambrick (No. 5455)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Counsel to the Debtors*

01:18112772.5