IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
SANTA FE GOLD CORPORATION, et al., :             Case No. 15-11761 (MFW)
                                            :
          Debtors.¹                         :    Jointly Administered
                                            :
                                            :    Ref. Docket No. 141
                                            :
-----------------------------------------------------------x
```

**NOTICE OF (I) NO ADDITIONAL QUALIFIED BIDS WITH RESPECT TO
THE ACQUIRED ASSETS, (II) CANCELLATION OF AUCTION, AND
(III) INTENT TO PRESENT SUCCESSFUL BIDDER AT THE SALE HEARING**

   **PLEASE TAKE NOTICE THAT**, pursuant to the *Order (i) Authorizing Debtors' Entry Into the Stalking Horse Purchase Agreement for the Sale of the Debtors' Properties and Related Assets; (ii) Approving Bidding Procedures and Expense Reimbursement; (iii) Scheduling a Hearing to Consider Approval of the Sale of Assets; (iv) Approving Form and Manner of Notice of Sale; and (v) Granting Related Relief* [Docket No. 141] (the "Bid Procedures Order"), entered on October 20, 2015, (i) the deadline for submitting bids by a Potential Bidder[2] was January 11, 2016 at 5:00 p.m. (prevailing Eastern Time) (the "Bid Deadline") and (ii) in the event an additional Qualified Bid was received, an auction would be held on January 13, 2016 at 10:00 a.m. (prevailing Eastern Time) (the "Auction").

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Santa Fe Gold Corporation (4315); Azco Mica, Inc. (8577); The Lordsburg Mining Company (4474); and Santa Fe Gold (Barbados) Corporation (N/A).  The Debtors' mailing address is 1219 Banner Mine Road, Lordsburg, New Mexico 88045.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Order, and/or the related Bidding Procedures.

01:18154824.2

**PLEASE TAKE FURTHER NOTICE THAT** no Qualified Bids for the

Acquired Assets, other than the Stalking Horse Purchase Agreement, were received prior to the

Bid Deadline.  **As such, the Auction will not be held and is hereby cancelled.**

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Bid Procedures

Order, the Debtors intend to present the Stalking Horse Bidder as the Successful Bidder and the

Stalking Horse Purchase Agreement as the Successful Bid at the Sale Hearing scheduled for

January 25, 2016 at 11:30 a.m. (prevailing Eastern Time).

Dated: January 12, 2016
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Kenneth J. Enos (No. 4544)
Ian J. Bambrick (No. 5455)
1000 N. King Street
Rodney Square
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

01:18154824.2